Case 1:24-mj-00338-MAU   Document 1-1   Filed 10/24

Case: 1:24-mj-00338
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/24/2024
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

On October 23, 2024, members of the Seventh District's Special Missions Unit (SMU) were operating during the evening tour of duty, utilizing marked police cruisers fully equipped with emergency equipment, in full uniform, and fully equipped with body-worn cameras. Officer Zelesnick (driver), Officer Finn (front passenger), Officer Zumbrun (rear passenger) and Officer Bowman (rear passenger) were conducting proactive patrol in PSA 702, specifically the 2700 block of Langston Place SE, Washington, D.C. 20020.

SMU officers were made aware by the Seventh District Detectives' Office that there was an active D.C. Superior Court arrest warrant issued for RAHEEM SNIDER (DOB 11/11/1997) on October 22, 2024, by the Honorable Robert Okun (24 CRWSLD 4303) for Destruction of Property. These officers were aware that SNIDER was known to frequent the 2700 block of Langston Place SE. These officers were familiar with SNIDER from previous interactions, including a unique tattoo on the right side of SNIDER's neck that stated "FRANCIS" in black cursive lettering. Specifically, Officers Finn and Zelesnick have interacted previously with SNIDER and were familiar with his appearance.

The officers responded to the area and observed an individual matching SNIDER's description standing on the front steps of 2730 Langston Place SE. The officers exited their vehicle and approached SNIDER, at which point they could observe the unique "FRANCIS" neck tattoo.

SNIDER was stopped without incident and identified by his D.C. Learner's Permit. Officers conducted searches of law enforcement databases for open warrants. In addition to the open warrant for destruction of property issued by D.C. Superior Court judge, SNIDER had an open warrant for failing to appear for a probation violation from Charles County Maryland Court in Case No. C-08-CR-20-000134.

Officers conducted a search incident to arrest and recovered a firearm from the groin area of SNIDER's compression pants. The firearm was a black and silver Smith & Wesson SD 40 .40 caliber handgun equipped with a flashlight loaded with thirteen rounds in a fourteen round magazine and one round in the chamber.

Firearms and ammunition like the recovered Smith & Wesson and .40 caliber rounds are not manufactured within the District of Columbia. Therefore, the firearm and ammunition traveled in and affected interstate commerce.

Additionally, during the search incident to arrest, officers recovered narcotics from SNIDER's person. Specifically, officers recovered:
- 5.5 white Alprazolam (Xanax) pills in a silver cylinder;
- Clear bag containing 58 grams (with packaging) of green leafy substance;
- "High Monkey" mylar bag containing 10 grams (with packaging) of green leafy substance;
- "Money" mylar bag containing 3 grams (with packaging) of green leafy substance (field tested with a positive color reaction for the presence of amphetamines);
- 85-gram (with packaging) jar of hashish;

- 5 mylar bags;
- Black digital scale with green leafy substance residue; and
- $92 in cash.

Notably, the green leafy substances recovered from SNIDER's person field-tested positive through amphetamines. In law enforcement experience, one type of narcotics (such as marijuana) is often laced with other types of narcotics (such as amphetamines) to enhance its potency. Based on the amount of seized narcotics, the packaging, digital scale, and recovered currency, it appeared that SNIDER's possession of these narcotics was for distribution and not personal use.

SNIDER has previously been convicted of a crime punishable by more than a year imprisonment. Specifically, on January 19, 2022, SNIDER was convicted of Theft Scheme: $1,500 To Under $25,000 in Charles County Maryland Circuit Court Case No. C-08-CR-20-000134. SNIDER was sentenced to five years' imprisonment, with all but one year suspended. Therefore, SNIDER was aware that he had been convicted of a crime punishable by more than a year imprisonment.

Respectfully Submitted,

Officer Matthew Finn, 12337
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 24, 2024.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE